**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MING HUANG CHEN,** | : | **CIVIL ACTION NO. 3:26-2266** |
| **Petitioner** | : | **(JUDGE MANNION)** |
| **v.** | : | |
| **WARDEN, Clinton County Correctional Facility, *et al.*,** | : | |
| **Respondents** | : | |

**ORDER**

Presently before the court is petitioner Ming Huang Chen's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (**Doc. 1**). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED** insofar as it requests a bond hearing. Accordingly, the Government is **ORDERED** to provide Chen with a bond hearing pursuant to 8 U.S.C. §1226 within fourteen days of this order.

**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 8/28/26
26-2266-01-ORDER